**Order entered October 8, 2020**



### In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00733-CV

### JEROME PORTER, Appellant

### V.

### MARTHA REYES PORTER, Appellee

### On Appeal from the 255th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-19-07439

### ORDER

Both the clerk's record and the reporter's record in this case are overdue. By postcard dated August 17, 2020, we notified the Dallas County District Clerk that the clerk's record was overdue and directed her to file the clerk's record within thirty days. Also by postcard dated August 17, 2020, we notified Yolanda Atkins, Official Court Reporter for the 255th Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, neither record has been filed.

Accordingly, this Court **ORDERS** the Dallas County District Clerk to file the clerk's record in this case within **TWENTY DAYS** of the date of this order.

We also **ORDER** Ms. Atkins to file, within **TWENTY DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the reporter's record and that appellant has not been found entitled to proceed without payment of costs. *We notify appellant that if we receive verification he has not (1) requested the record, or (2) paid for or made arrangements to pay for the reporter's record and has not been found entitled to proceed without payment of costs, we will order the appeal submitted without the reporter's record.* *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Kim Cooks
Presiding Judge
255th Judicial District Court

Felicia Pitre
Dallas County District Clerk

Yolanda Atkins
Official Court Reporter
255th Judicial District Court


/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE